IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

```
MICHAEL A. GLOVER,              *
      Plaintiff,                *
vs.                             *
                                        CASE NO. 4:23-cv-19 (CDL)
Deputy Warden LETITIA BURKS     *
      Defendant.                *
                                *
```

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 22, 2024 is hereby approved, adopted, and made the Order of the Court.

The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.[1]

IT IS SO ORDERED, this 18th day of March, 2024.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA

---

[1] Defendant filed a motion for summary judgment on the same day that the Report and Recommendation was filed. Plaintiff did not object to the Report and Recommendation but did respond to Defendant's motion for summary judgment. The Court has considered the arguments raised by Plaintiff in the response as if they were objections to the Magistrate's Report and Recommendation, and thus the Court reviewed the Magistrate's Report and Recommendation de novo. The dismissal of this action renders Defendant's motion for summary judgment moot.